**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

HOUSING AND ECONOMIC RIGHTS ADVOCATES,

    Plaintiff,

  v.

BETSY DEVOS, in her official capacity as Secretary of Education, et al.,

    Defendants.

Case No. 18-cv-06854-JSC

**[PROPOSED] ORDER ON MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

This matter comes before the Court on Defendants' Motion to Stay Proceedings in Light of Lapse of Appropriations. Upon consideration of Defendants' motion and of all materials submitted in relation thereto, it is hereby:

ORDERED that Defendants' Motion is GRANTED. It is further

ORDERED that all proceedings are hereby STAYED. It is further

ORDERED that Defendants shall notify the Court as soon as Congress has appropriated funds for the Department of Justice. All current deadlines shall be extended commensurate with the duration of the lapse in appropriations.

SO ORDERED

Date: __January 10, 2019__

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge