JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street
Richmond, VA 23219
Phone: (202) 616-9098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AND ECONOMIC RIGHTS ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education, et al.,<br><br>Defendants. | Case No. 18-cv-06854-JSC<br><br>**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS** |

On January 10, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Defendants request the opportunity to meet and confer with Plaintiff's counsel for the purpose of submitting to the Court a proposed initial case management schedule that takes into account the duration of the lapse in appropriations no later than Friday, February 1.

Dated: January 28, 2019                    Respectfully submitted,

                                                      JOSEPH H. HUNT
                                                      Assistant Attorney General

                                                      MARCIA BERMAN
                                                      Assistant Branch Director

                                                      */s/ R. Charlie Merritt*
                                                      KAREN S. BLOOM
                                                      Senior Counsel
                                                      R. CHARLIE MERRITT (VA # 89400)
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      919 East Main Street, Suite 1900
                                                      Richmond, VA 23219
                                                      Tel: (202) 616-8098
                                                      Fax: (804) 819-7417
                                                      Email: robert.c.merritt@usdoj.gov

                                                      *Counsel for Defendants*