**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUSING AND ECONOMIC RIGHTS ADVOCATES,<br><br>        Plaintiff,<br><br>   v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education, et al.,<br><br>        Defendants. | Case No. 18-cv-06854-JSC<br><br>[~~PROPOSED~~] ORDER |

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

All deadlines in this case are hereby HELD IN ABEYANCE. It is further

ORDERED that the parties shall file a joint status report by no later than March 8, 2019.

Date: February 4, 2019

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

Proposed Order
18-cv-06854-JSC