JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street
Richmond, VA 23219
Phone: (202) 616-9098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUSING AND ECONOMIC RIGHTS ADVOCATES, | Case No. 18-cv-06854-JSC |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| BETSY DEVOS, in her official capacity as Secretary of Education, et al., | |
| Defendants. | |

On February 4, 2019, this Court entered an Order holding in abeyance all case deadlines and requiring the parties to file a joint status report by no later than March 8, 2019.  ECF No. 16.  Pursuant to that Order, the parties, by counsel, hereby submit for the Court's consideration the following Joint Status Report.

Plaintiff filed this action on November 13, 2018, seeking an order requiring Defendants to implement the "Automatic Provision" of a Department of Education ("Department") regulation.  *See* Complaint ¶¶ 1, 40; Requested Relief, ECF No. 1.  Pursuant to that provision, the Department must automatically discharge – without submission of an application – a borrower's federal student loans if the Department determines, in certain circumstances, that the borrower did not complete his or her program of study because the borrower's school closed.  *See* 34 C.F.R. §§ 685.214(c); 682.402(d)(8)(ii); 674.33(g)(ii).  One month later, on December 13, 2018, the Department issued an Electronic Announcement regarding implementation of this automatic closed school discharge provision.  *See* Federal Student Aid, Closed School Discharge Changes, *available at* https://ifap.ed.gov/eannouncements/121318ClosedSchoolDischargeChanges.html (Dec. 13, 2018).  The Department announced that it had already identified approximately 15,000 such borrowers and was working to identify additional eligible borrowers.  *Id*.

The parties have conferred on multiple occasions to discuss the effect of the Department's action on Plaintiff's claims and the prospect of resolving this case without further litigation.  The parties believe they are close to reaching a resolution and accordingly respectfully request that the Court continue to hold all case deadlines in abeyance while they continue these discussions.  The parties propose filing another joint status report by no later than April 8, 2019, if the case has not already been dismissed by that time.

Dated: March 8, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN

Assistant Branch Director

/s/ R. Charlie Merritt
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Tel: (202) 616-8098
Fax: (804) 819-7417
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*

Dated: March 8, 2019                Respectfully submitted,

/s/ Alexander S. Elson
JULIA CAMPINS (Cal. Bar No. 238023)
Campins Benham-Baker, P.C.
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@campinsbenhambaker.com

ALEXANDER S. ELSON (appearance *pro hac vice*)
ROBYN K. BITNER (appearance *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@nsldn.org
robyn@nsldn.org
(202) 734-7495

*Counsel for Plaintiff*