Julia Campins (Cal. Bar No. 238023)
Campins Benham-Baker, P.C.
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@campinsbenhambaker.com

Alexander S. Elson (appearing *pro hac vice*)
Robyn K. Bitner (appearing *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@nsldn.org
robyn@nsldn.org
(202) 734-7495

*Attorneys for Plaintiff Housing and Economic Rights Advocates*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Division

| | |
|---|---|
| HOUSING AND ECONOMIC RIGHTS ADVOCATES,<br><br>     Plaintiff,<br><br>vs.<br><br>ELISABETH DEVOS, *in her official capacity as Secretary of Education*, and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     Defendants. | Case No.: 18-cv-06854<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Housing and Economic Rights Advocates ("HERA"), acting through counsel, hereby files this voluntary notice of dismissal without prejudice, pursuant to Federal Rule of

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 18-cv-06854                                                                                                     - 1 -

Civil Procedure 41(a)(1)(A)(i). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 8, 2019     Respectfully submitted,

<u>/s/ Alexander S. Elson</u>
Julia Campins (Cal. Bar No. 238023)
Campins Benham-Baker, P.C.
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@campinsbenhambaker.com

Alexander S. Elson (appearing *pro hac vice*)
Robyn K. Bitner (appearing *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@nsldn.org
robyn@nsldn.org
(202) 734-7495

*Attorneys for Plaintiff Housing and Economic Rights Advocates*